ACCEPTED
01-15-00484-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 1:12:42 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00485-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **1ST COURT** |
| | § | |
| **CHRISTIAN AVERY NORRIS** | § | **OF APPEALS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 1:12:42 PM
CHRISTOPHER A. PRINE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Christian Avery Norris, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 230th Judicial District Court of Harris County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Christian Avery Norris, and numbered 1432805.

3. Appellant was convicted of Violation of Protective Order.

4. Appellant was assessed a sentence of Four years on April 29, 2015.

5. Notice of appeal was given on May 6, 2015.

6. The clerk's record was filed on June 22, 2015; the reporter's record was filed on June 26, 2015.

7. The appellate brief is presently due on September 8, 2015.

8. Appellant requests an extension of time of 6 days from the present.

9. No extension to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Counsel has attempted to e-file Appeal Brief on September 8, 2015 and was rejected by the Clerk to correct clerical errors in the font. Counsel court schedule has him out of the office until the end of the business day of September, 2015 and will need a day to make necessary corrections.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Syngman R. Stevens, Jr.
200 Highway 90-A Suite B
Richmond, Texas 77469
Tel: (281) 630-9421
Fax: (281) 344-0105

By: _____
Syngman R. Stevens, Jr.
State Bar No. 24043219
sstevensattorney@yahoo.com

Attorney for Christian Avery Norris

## CERTIFICATE OF SERVICE

This is to certify that on May 14 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Harris County, Texas, by personal delivery.

Syngman R. Stevens, Jr.

STATE OF TEXAS       §
                               §

COUNTY OF HARRIS       §


## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared

Syngman R. Stevens, Jr., who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and

entitled cause. I have read the foregoing Motion To Extend Time to

File Appellant's Brief and swear that all of the allegations of fact

contained therein are true and correct."

 

_____
Syngman R. Stevens, Jr.
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on 9/8/15 ,

2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

PACKER
ssion Expires
23, 2016

ISABEL PACKER
mission Expires
ay 23, 2016